**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00183-CMA-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JUAN BAILON-MENDOZA,
    a/k/a Diego Bailon-Valente,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between both counsel and Chambers staff, Defendant Bailon-Mendoza's Change of Plea hearing currently set for October 13, 2009 at 2:30 a.m. is CONTINUED to **October 14, 2009 at 2:30 p.m.**

    DATED:  October 9, 2009