# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes                Date: January 22, 2010
Court Reporter: Darlene Martinez
Probation Officer: Keith Williams
Interpreter: Tony Rosado

---

Criminal Action No. 09-cr-00183-CMA-05

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                         Joseph Mackey

    Plaintiff,

v.

JUAN BAILON-MENDOZA,                              Richard Banta
    *a/k/a* Diego Bailon-Valenta,

    Defendant.

---

## SENTENCING MINUTES
---

**1:34 p.m.     Court in session**.

Defendant present; in custody.

Interpreter sworn.

Change of Plea Hearing: October 13, 2009.

Defendant plead guilty to Count 41 of the Indictment.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Oral Motion Regarding Acceptance of Responsibility is **granted**.

**ORDER:**   Government's Motion Pursuant to § 5K1.1 for Substantial Assistance to Authorities **(126)** is **granted**.

**ORDER:**   Defendant's Motion for Variance **(128)** is **granted**.

**ORDER:**   Government's Motion to Dismiss Count 43 of the Indictment **(133)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:58 p.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:24